UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MELODY JANNEL RODGERS,<br><br>               Plaintiff,<br><br>    -against-<br><br>B&H PHOTO,<br><br>               Defendant. | 24 **CIVIL** 6910 (LTS)<br><br>**CIVIL JUDGMENT** |

For the reasons stated in the Order of Dismissal, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   September 19, 2024
           New York, New York

                                                  /s/ Laura Taylor Swain
                                                     LAURA TAYLOR SWAIN
                                               Chief United States District Judge